UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG,<br><br>    Plaintiff,<br><br>  v.<br><br>FILM ENGINE PRODUCTIONS, INC.,<br><br>    Defendants. | Case No. CV 09-05920 VAP(SSx)<br><br>**AMENDED JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that the Judgment entered in favor of Plaintiff Terence L. Young ("Plaintiff") against Defendant Film Engine Productions, Inc. ("Defendant") on April 15, 2010, is amended as set forth below.  The Court orders that such judgment be entered.

    The amount of damages ordered paid to Plaintiff by Defendant is $53,351.30, calculated as follows:

1     (1) $21,250.00 for delinquent contributions to the
2 Writers' Guild-Industry Health Fund on behalf of Bruce
3 Robinson;
4     (2) $12,000.00 for delinquent contributions to the
5 Producer-Writers Guild of America Pension Plan on behalf
6 of Bruce Robinson;
7     (3) $6,650.00 in liquidated damages, pursuant to the
8 terms of the governing agreements; and
9     (4) $13,451.30 in pre-judgment interest, pursuant to
10 the terms of the governing agreements.

    The Court also awards Plaintiff $2,994.00 in attorneys' fees, pursuant to the terms of the governing agreements and calculated under Local Rule 55-3.

Dated: May 27, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge