IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERENCE L. YOUNG, on behalf of the Writers' Guild-Indus. Health Fund and Producer-Writers Guild of America Pension Plan,<br><br>Plaintiff,<br><br>v.<br><br>FILM ENGINE PRODUCTIONS, INC., *a California Corporation*,<br><br>Defendant. | Case No.: 2:09-cv-05920-VAP-SS<br><br>**[PROPOSED] RENEWAL OF AMENDED JUDGMENT BY CLERK** |

Having originally entered the Amended Judgment on May 27, 2011 ("Judgment") against Defendant FILM ENGINE PRODUCTIONS, INC., *a California Corporation.*

NOW, upon Application by Plaintiff, TERENCE L. YOUNG, on behalf of the Writers' Guild-Indus. Health Fund and Producer-Writers Guild of America Pension Plan, ("Judgment Creditor"), and upon declaration that the Judgment Debtor has failed to satisfy the total amount of said Judgment and remains indebted to Judgment Creditor.

The money Amended Judgment against Judgment Debtor is renewed in the amount of $54,235.33, as follows:

a. Total Prior Amended Judgment (Entered May 27, 2011; *See* ECF No. 34)………................ **$53,351.30**

   1. Contributions (Health Fund):   $21,250.00
   2. Contributions (Pension Fund): $12,000.00
   3. Pre-Judgment Interest:        $13,451.30
   4. Liquidated Damages:           $ 6,650.00
   5. Attorney's Fees:              $ 2,994.00
                           Total:   $53,351.30

b. Post-Judgment Interest through March 12, 2020, at 0.18%...................................................... **$    884.03**

c. **Total Renewed Judgment**……………………... **$54,235.33**

DATED: _4/1/2020_____

KIRY K. GRAY, CLERK OF THE COURT
by Deputy Clerk

[PROPOSED] RENEWAL OF AMENDED JUDGMENT BY CLERK - 2
Case No.: 2:09-cv-05920-VAP-SS